CHASKIE J. ROSENBERG, Appellant, v METLIFE, INC., et al., Respondents.

Submitted October 30, 2006; decided November 16, 2006

Motion by National Employment Lawyers Association/New York for leave to file a brief amicus curiae on consideration of the certified question herein granted. Two copies of the brief may be served and 24 copies filed within seven days.